IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUZANNE ALFONSO, STEVEN SLATER, JOSHUA ADKINS and ROBERT DUQUETTE, *individually and on behalf of those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | Civil Action No. 3:21-cv-01644 (SVN)<br><br><br><br><br>FEBRUARY 09, 2026 |

## JOINT MOTION TO MODIFY THE BRIEFING SCHEDULE

Plaintiffs Suzanne Alfonso, Steven Slater, Joshua Adkins, and Robert Duquette and Defendant FedEx Ground Package System, Inc. respectfully move for an extension of time to file Plaintiffs' motion for preliminary approval of a class action settlement from February 13, 2026 until March 06, 2026, and to move each of the other deadlines in the briefing schedule by three weeks as well. In support of their motion, the parties represent that they are diligently working to prepare a settlement agreement for court approval and anticipate having agreement on that document soon. Defendant is reviewing that document and expects to provide its suggested changes to the document shortly. Plaintiffs also drafted a memorandum in support of their motion for preliminary approval and anticipate the parties will agree to its content soon as well.

Wherefore, the Court should grant the Plaintiffs' request for the foregoing briefing schedule.

2

Respectfully submitted,

By: */s/ Thomas J. Durkin*
    Thomas J. Durkin, Esq. (ct30371)
    Hayber, McKenna & Dinsmore, LLC
    750 Main Street, Suite 904
    Hartford, CT 06103
    Tel: (203) 691-6491
    Fax: (860) 218-9555
    tdurkin@hayberlawfirm.com
    Attorney for the Plaintiffs

## CERTIFICATION

The undersigned certifies that on this 09th day of February 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties who have appearances as of the time of this filing, by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Thomas J. Durkin*
Thomas J. Durkin